No. 11–6561. ABEBE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–6562. WISECARVER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–6564. BENNETT *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–6567. ROUNTREE, AKA HAWKINS *v.* BALICKI, ADMINISTRATOR, SOUTH WOODS STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–6569. RODRIGUEZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 11–6570. BROWN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–6574. JOHNSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–6575. LADSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–6576. LIGONS *v.* KING, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 11–6583. DURAN-GARCIA, AKA JIMENEZ, AKA GARSON-DURAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–6584. DELORME *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–6585. CHRISTENSEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–6588. SCOTT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–6595. ZAIDI *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

